IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMIBA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE CANTERBURY AT CEDAR GROVE CARE & REHABILITATION CENTER, LLC, <br><br> Defendant. | Civil Action No.: 1:21-cv-01982 |

**STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted in the above-captioned Action are hereby voluntarily dismissed with prejudice. Each party will bear its own attorneys' fees and costs incurred in this matter.

Dated: July 5, 2022

*/s/ Robert W. Alexander*
Robert W. Alexander, Esq.
DC Bar ID: 465673
Bredhoff & Kaiser P.L.L.C.
8095 Fifteenth Street, N.W., Suite 1000
Washington, D.C. 20005
(202) 842-2600 (phone)
(202) 842-1888 (fax)
ralexander@bredhoff.com
*Counsel for Plaintiffs*

Dated: July 5, 2022

*/s/ Meghan H. Yanacek*
Meghan H. Yanacek, Esq.
ID No.: 1009904
The Summerville Firm, LLC
1226 Ponce de Leon Ave
Atlanta, Georgia 30306
meg@summervillefirm.com
*Counsel for Defendant*

Dated: July 5, 2022